UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE CHRISTIAN,

    Plaintiff,

v.                                                 Case No.  8:07-cv-1496-T-24 EAJ

R. JAMES NICHOLSON,

    Defendants.

_____/

## ORDER

This cause comes before the Court on Plaintiff's Response to this Court's Order to Show Cause (Doc. No. 16).  On July 15, 2008, this Court entered an Order to Show Cause directing Plaintiff to show cause as to why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.  (Doc. No. 15).  On July 22, 2008, Plaintiff filed the instant response, requesting an additional ten days, until August 1, 2008, to file the Case Management Report.  The Court construes this request as a motion to extend the deadline for filing the Case Management Report.  Upon consideration, the motion is granted.  Plaintiff shall file the Case Management Report on or before August 1, 2008.  Failure to file the Case Management Report within this time frame shall result in this action being dismissed without further notice.

    **DONE AND ORDERED** at Tampa, Florida, this 23rd day of July, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge