UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE CHRISTIAN,

    Plaintiff,

v.                                                      Case No. 8:07-cv-1496-T-24 EAJ

R. JAMES NICHOLSON,
Secretary of Department of Veteran Affairs,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Case Management Report (Doc. No. 18), in which they indicate that they are considering consenting to the jurisdiction of a Magistrate Judge for disposition of this case. If the parties want to consent to the jurisdiction of a Magistrate Judge, the parties must fill out and file the attached Magistrate Consent Form.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of August, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record